**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-7292**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ADAM JOE LOUIS JORDAN, III,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:11-cr-00011-KDB-DSC-1)

———————

Submitted:  February 20, 2025               Decided:  February 24, 2025

———————

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Adam Joe Louis Jordan, III, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam Joe Louis Jordan, III, appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendments 599 and 821 to the Sentencing Guidelines. "We review a district court's decision [whether] to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Jordan*, No. 5:11-cr-00011-KDB-DSC-1 (W.D.N.C. Nov. 29, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*